# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL NO. 73, | ) ) ) ) |
| and | ) Case No.: 18-cv-3527 ) ) |
| THE TRUSTEES of the SHEET METAL WORKERS LOCAL NO. 73 PENSION FUND, SHEET METAL WORKERS LOCAL NO. 73 WELFARE FUND; and SHEET METAL WORKERS LOCAL NO. 73 ANNUITY FUND, | ) Hon. Judge Feinerman ) ) ) Magistrate Judge Kim ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| J & B MECHANICAL, INC. | ) ) |
| An Illinois Corporation | ) ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) the Plaintiffs are hereby voluntarily dismissing this action without prejudice prior to the filing of an answer by the Defendants or a motion for summary judgment.

    Respectfully submitted,
    **Sheet Metal Workers 73 Fringe Benefit Funds**

    BY:/s/ Grant R. Piechocinski_____
        One of their attorneys

Grant R. Piechocinski
Gregorio & Marco, Ltd.
Attorney for Plaintiffs
2 North LaSalle Street, Suite 1650
Chicago, IL 60602
(312) 263-2343